POLLY J. D'AVIGNON, Respondent, *v.* THE TRAVELERS INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Appellant.

*Insurance (life) — presumption of death — disappearance for more than seven years.*

*D'Avignon* v. *Travelers Ins. Co. of Hartford, Conn.*, 187 App. Div. 963, affirmed.

(Argued November 18, 1920; decided December 7, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 21, 1919, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover upon a policy of life insurance. Upon the facts the trial court found that the insured had disappeared more than seven years before the institution of suit; that a diligent search to locate him had been made; that the plaintiff had not heard from him, and that his death was presumed to have occurred before the commencement of the action, and directed judgment for plaintiff. The defendant argued that the plaintiff could not recover upon presumptive evidence of death and that the evidence was insufficient to justify the finding of death.

*P. C. Dugan* for appellant.

*Berne A. Pyrke* and *George W. Watkins* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: COLLIN, CARDOZO, POUND and CRANE, JJ.

Dissenting: HISCOCK, Ch. J., HOGAN and ANDREWS, JJ.